### 12049.   BIGHAM *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained only the usual general grounds; the evidence, with the legal deductions and inferences arising therefrom, authorized the verdict; and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 28, 1921.

Indictment for assault with intent to rape; from Mitchell superior court — Judge Wilson.   November 6, 1920.

*A. S. Johnson,* for plaintiff in error.

*B. C. Gardner, solicitor-general, R. C. Bell, F. A. Hooper, C. E. Crow,* contra.

---

### 10774.   McFARLAND *v.* McFARLAND.

PER CURIAM.   This court having affirmed the judgment of the trial court in this case (24 *Ga. App.* 621, 102 S. E. 37), and the Supreme Court, on certiorari, having reversed the judgment of this court (151 *Ga.* 9, 105 S. E. 596), the judgment of affirmance originally rendered by this court must be vacated and the judgment of the trial court reversed.

*Judgment reversed.   Jenkins, P. J., Stephens and Hill, JJ., concur.*

DECIDED FEBRUARY 15, 1921.

Complaint; from Brooks superior court — Judge Thomas. June 7, 1919.

*W. M. Henry, John E. Morris Jr.,* for plaintiff in error.

*R. M. W. Glenn, Branch & Snow,* contra.